04 GJ 1008

07CR 862

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 CR 862 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. GABRIEL DRAGOS TOADER, aka Gabi Camatar, BELA BALINT, CRISTINA SAVU, and IGORI GOREACIUC | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

**JUDGE KENNELLY**

**MAGISTRATE JUDGE SCHENKIER**

NO BOND SET; DETAINED BY MAGISTRATE AS TO GABRIEL DRAGOS TOADER, CRISTINA SAVU AND IGORI GOREACIUC. TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO BELA BALINT. DEFENDANT IS A FUGITIVE.

**FILED**
APR 17 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____  (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#

