UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 07 CR 862 |
| | ) | |
| GABRIEL DRAGOS TOADER, et al. | ) | Judge Matthew F. Kennelly |

**NOTICE OF MOTION**

TO:   Opposing Counsel

**PLEASE TAKE NOTICE** that on **Tuesday, April 29, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I will appear before **Judge Matthew F. Kennelly**, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other who may be sitting in his place and then and there present:

**GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF
A PROTECTIVE ORDER RELATING TO DISCOVERY**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   s/Brian Hayes
**BRIAN HAYES**
Assistant U. S. Attorney
219 South Dearborn Street - 5TH Floor
Chicago, Illinois 60604
(312) 353-4307

Case 1:07-cr-00862    Document 25    Filed 04/23/2008    Page 2 of 2

**CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF
A PROTECTIVE ORDER RELATING TO DISCOVERY**

was served on **Wednesday, April 23, 2008,** in accordance with FED. R CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

       By:    s/Brian Hayes
                **BRIAN HAYES**
                Assistant United States Attorney
                219 South Dearborn Street, 5th Floor
                Chicago, Illinois 60604
                (312) 353-4307