

TC

# 07 CR 862

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE KENNELLY

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

MAGISTRATE JUDGE SCHENKIER

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   USA v. Gabriel Toader 07 CR 862; SCHENKIER

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   USA v. Gabriel Toader 07 CR 862; ET AL   KENNELLY

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)           ☐ Income Tax Fraud .......... (II)          ☐ DAPCA Controlled Substances ..... (III)
   ☐ Criminal Antitrust (II)              ☐ Postal Fraud .......... (II)              ☐ Miscellaneous General Offenses ..... (IV)
   ☐ Bank robbery ........... (II)        ☒ **Other Fraud** ........... (III)         ☐ Immigration Laws ............ (IV)
   ☐ Post Office Robbery ...... (II)      ☐ Auto Theft ........... (IV)               ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)        ☐ Transporting Forged Securities .. (III)   ☐ Food & Drug Laws ........... (IV)
   ☐ Assault ............... (III)        ☐ Forgery .......... (III)                  ☐ Motor Carrier Act ............ (IV)
   ☐ Burglary .............. (IV)         ☐ Counterfeiting .......... (III)           ☐ Selective Service Act ........... (IV)
   ☐ Larceny and Theft ....... (IV)       ☐ Sex Offenses .......... (II)              ☐ Obscene Mail ............ (III)
   ☐ Postal Embezzlement ..... (IV)       ☐ DAPCA Marijuana .......... (III)          ☐ Other Federal Statutes .......... (III)
   ☐ Other Embezzlement ..... (III)       ☐ DAPCA Narcotics ........... (III)         ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. § 1343

**FILED**
AUG 2 8 2008  TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
BRIAN HAYES
Assistant United States Attorney

(Revised 12/99)